# United States District Court
## for the
## Southern District of Illinois

CLYDE ALLEN, et al.,                )
                                    )
                                    )
            Plaintiffs,             )          Case Number: 3:15-cv-00061-MJR-DGW
                                    )
        v.                          )
                                    )
SCHNUCK MARKETS, INC.,              )
                                    )
                                    )
            Defendant.              )
                                    )

## JUDGMENT IN A CIVIL ACTION

Pursuant to the Order dated October 28, 2015 and Joint Stipulation of Dismissal dated October 16, 2015, DEFENDANTS, CLYDE E. ALLEN, JIM ALTER, JESSIE M. ANDERSON, DEWAYNE ASHLEY, SANDRA ATHERTON-COMBS, JEANIE BACH, JOYCE BARNES, DEBRA BARROW, LEANDER BEATTY, NORA BENACK, MICHAEL BENSKIN, PENNY D. BICKFORD, MELINDA BLACKMON, RAYMOND BLASE, JOETTA BOYD, CECELIA BRADEN, ROSIE BRIDGES, KARI BRITTAIN, SHARON K. BROOKS, BARQUAEL BROWN, BOBBIE BROWN, GLORIA J. BROWN, LILLIAN BROWN, EILEEN BUHLINGER, BRIAN BURMINGHAM, PATRICIA A. BURRESS, LOUIS CAIMI, SHERIDA M. CARTER, MICHAEL J. CASTELLANO, CAROLE CHALKUS, ERIC D. CHOATE, JUNE CLAY, JAMES COCHRAN, TASHA COLLINS, NOAH COX, TONYA CRAWFORD, AMATO CRISPINO, JOY CURRY, BRUCE DEADY, TERESA DENNISON, MARIAN DEVLIN, RICKY DIXON, MAXIE DOZIER, JUANITA DUNCAN, LORNA EDWARDS, KAREN REED, RICHARD ENGELHARDT, RODNEY FARWELL, BRANDY FLETCHER, GWENDOLYN FORD, TAMALA FORD, TIFANI FOSTER, ARTHUR FROST, MARY FULLER, GARY FULTS, SUSAN GALFANO, MICHAEL GAVIN, PAULA GIANELLA, MARIAN GLUCKHERTZ, JAYNE GRAVES, REVA GRAY, JAMES GUY, ROBERTA HAFNER, JAMES HAGEDORN, VELMA HALEY, BETSY HALL, CHARLENE HALL, DANE HANSEN, SHANNON HARDING, LINDSAY HARDY, KENNETH HARRIS, DOROTHY HAYSELTT, CHARLES

HEARD, AUDIE HELTON, LORAINE HENDERSON, SHIRLEY HERBERT, DAVID HILDESTAD, PAULINE HILL, RAY HILL, RACHEL HINTON, BETTY HOBBS, MARY HOF, CLARA HORTON, KATHY HOWARD, MICHAEL HUNT, JENNIFER JACKSON, SANDRA JACKSON, STELLA JENKINS, BARBARA JERNIGAN, CHRIS JOHNSON, JOHN JOHNSON, MICHAEL JOHNSON, BEATRICE JONES, GARY JONES, MAURICE JONES, THOMAS JONES, PAULINE KAESBERG, GREG KELLY, HERMAN KING, FRED KININSON, STEVEN KUEKER, DIANA KUHAR, WILLIAM LAM, LINDA LAPEKAS, INA LATCHISON, MARY LEE, ROSE LEWIS-TAYLOR, ELLA LINGARD, SAMUEL LOVELL, LINDA MACY, JAMES MADISON, PEGGY MALONE, KATRINA MALTZMAN, DOROTHY MANN, BARBARA MARTIN, CATHERINE MAUPIN, MARGARET MAXWELL, RUBY MCDONALD, DONNA MCELRATH, REED MCLEAN, CHERYL R. MCLIMANS, WILLIAM MERIWEATHER, CARLA MIGET, BEVERLY MIKEL, CARL MILLER, RANDY MILLER, EMILY MITCHELL, CAROL MONTAGUE, WAYNE MORGAN, GEORGE MURRY, LINDSAY NALLEY, RENEE NELSON, DEBORAH NICOLAI, ROBERT NIXON, PATRICIA NOLAN, KEVIN OGDEN, ANITA OHREN, LINDA OLIVER, EILEEN O'SULLIVAN, FLOYD PARKS, STEVEN PAYNE, CATHY PEARCE, NORMA PEEBLES, BETTY PHILLIPS, VICKI PIERCE, ANGELA PIRCK, RICK PLOUFFE, WILLIAM POLONIUS, DORIS PUGH, KENNETH QUILLMAN, BEAT RAESS, ERWIN RAMELOW, MALCOLM REED, JILL REEVES, BARBARA RILEY-CATLETT, CATHERINE ROACH, JAY ROEVER, CHARLES ROGERS, IRVIN ROSELMAN, STEPHEN ROTH, KATHY RUSH, RUBY RUSK, ANGELA RUSSELL, MONA SANDERS, JERRY L. SCHAEDIG, EDWIN SCHOENBECK, LINDA SCHOMBER, BEVERLY SCHULZE, PAT SCHWARTZ, LEE SEALS, JOYCE SHERMAN, MICHAEL SHINE, RAYBURN SILVER, BLOSSOM SINGER, CELIA SPICER, THERESA STANDING, MICHELE STONE, GREGORY J. SURECK, CAROL TASSONE, MICHAEL TEMPEL, BOBBIE TERRY, EUGENE THOMAS, SANDRA TRAVIS, ROSARIO TURALLO, JILL UNDERWOOD, CHARLOTTE VERGA, MIKE WAINZ, THOMAS WALKER, MERTICE WATERS, ANDREW WEATHERHOLT, MATTHEW WEBER, BARBARA WELTE, JAMES WESLEY, CHARLES WHITE, JAMES WHITE, REGINA WILSON, DIANA WIRTH, BARBARA WITTMER, KELLY A. WRIGHT WERE DISMISSED with prejudice.

By Order dated April 12, 2016, the Court GRANTED SCHNUCKS' motions to dismiss and DISMISSED the claims of BELINDA WILSON, CAROLE BELLMAN, DAN DETERS, LYDIA DOUGLAS, EZELL JAMES, and VERNE VOLLRATH with prejudice.

Dated: April 15, 2016

Justine Flanagan, Acting Clerk of Court
s/ Debbie DeRousse
Deputy Clerk

Approved: _____
Michael J. Reagan, U.S. District Judge